JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEDAL ALQALQILI,<br><br>    Plaintiff,<br><br>    v.<br><br>HOSPITAL OF BARSTOW, INC., dba BARSTOW COMMUNITY HOSPITAL; QUORUM HEALTH CORP.; CARRIE HOWELL, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:18-cv-01739-ODW-SHK<br><br>**ORDER REMANDING ACTION** |

| | |
|---|---|
| 1 | Upon consideration of the parties' Stipulation to Remand (ECF No. 13), and |
| 2 | good cause appearing, it is hereby ordered that this action is **REMANDED** to the |
| 3 | Superior Court of California, County of San Bernardino, Case No. |
| 4 | CIVDS1816188.  The Clerk of the Court shall close the case. |
| 5 | **IT IS SO ORDERED.** |

September 7, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**